IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE: 3:10cv629-RJC

| | |
|---|---|
| MICHAEL RAY CHERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ARAMARK CO., ) | |
| (JOHN OR JANE DOE) PLATT, ) | |
| (JOHN OR JANE DOE) T. BARIE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion.

Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 on December 9, 2010. (Doc. No. 1). Upon initial review of the Complaint, the Court dismissed Defendant Aramark Co. and ordered Defendants Platt and Barie to file an Answer. (Doc. No. 5). Defendants filed an Answer on March 24, 2011. (Doc. No. 12). No dispositive motions have been filed by either party.

**IT IS, THEREFORE, ORDERED** that each party shall have thirty (30) days from the issuance of this Order to file a dispositive motion. If either Plaintiff or Defendants choose not to file a dispositive motion, that party shall file a written notice to that effect within fourteen (14) days of the issuance of this Order.

Signed: June 27, 2011

Robert J. Conrad, Jr.
Chief United States District Judge