# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Ray Cherry ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:10-cv-629

Stephen Platt, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2012 Order.

                                                    Signed: March 13, 2012

                                                   Frank G. Johns, Clerk
                                                   United States District Court